# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0010.  BRIAN NIX v. CITY OF GRIFFIN FIRE DEPARTMENT.**

Upon consideration of Appellant's motion for extension of time in which to file an application for discretionary appeal in the above-referenced case, it is hereby ordered that an extension be granted.  Appellant's discretionary application is now due on or before September 20, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*